No. 2863

Second Circuit

JEFF DE BLIEUX & COMPANY
v. FREEMAN

(FRANK FREEMAN, Intervener and Third Opponent)

JEFF DE BLIEUX & COMPANY
v. FREEMAN

(JOHN BROWN ET AL., Interveners and Third Opponents)

(April 10, 1930. Opinion and Decree.)

Rusca & Cunningham, of Natchitoches, attorneys for plaintiff, appellant.

S. R. Thomas, of Natchitoches, attorney for defendants, appellees.

ODOM, J. By virtue of a written stipulation filed in this court by counsel of record for all parties, it is hereby ordered, adjudged, and decreed that the judgments appealed from be amended as follows:

The judgment in the case of Jeff De Blieux & Co. vs. John Freeman (John Brown et al., Interveners and Third Opponents) is amended to the extent of disallowing the item of $50 awarded interveners as damages for the wrongful seizure and detention of the property; and further ordered and decreed that the judgment in the case of Jeff De Blieux & Co. vs. John Freeman (Frank Freeman, Intervener and Third Opponent), be so amended as to disallow the item of $75 awarded intervener and third opponent as damages caused by the wrongful seizure and detention of the property; and further ordered and decreed that as thus amended each of said judgments be affirmed.